UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN DEAN PARKS,

        Plaintiff,

    v.

JAMES HAMLET, Warden; *et al.*,

        Defendant.
_____/

No. C-13-5215 EMC (pr)

**ORDER OF DISMISSAL**

    Steven Dean Parks, an inmate at San Quentin State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. His complaint is now before the Court for review under 28 U.S.C. § 1915A.

    The Court must dismiss a prisoner's complaint if it determines that the action "is frivolous [or] malicious." 28 U.S.C. § 1915A(b)(1). (Section § 1915A(b)(1) is the prisoner analog to 28 U.S.C. § 1915(e), which allows the court to dismiss any pauper's complaint if it is, among other things, "frivolous or malicious.") The district court may dismiss under § 1915 "a complaint 'that merely repeats pending or previously litigated claims.'" *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. § 1915 as malicious); *Van Meter v. Morgan*, 518 F.2d 366 (8th Cir. 1975) (dismissal of complaint as frivolous was not an abuse of discretion where plaintiff had filed other similar complaints).

    The complaint in this action repeats the claims made in *Parks v. Hamlit*, Case No. C 13-2489 SI, i.e., that someone held Plaintiff down while the warden injected him with a red liquid in 2001. This action is frivolous because it merely repeats claims pending in another action. *See Cato*, 70

F.3d at 1105 n.2.  Therefore, this action is DISMISSED because it is frivolous.  The Clerk shall close the file.

 IT IS SO ORDERED.

Dated: February 24, 2014

                                                                      _____
                                                                      EDWARD M. CHEN
                                                                      United States District Judge